1  MATLOCK LAW GROUP, P.C.
   Anne-Leith Matlock (SBN 244351)
2  K. Brian Matlock (SBN 243812)
   Yue Xu "Robert" (SBN 274744)
3  1485 Treat Blvd., Suite 200
4  Walnut Creek, CA 94597
   Telephone: (925) 944-7131
5  Facsimile:  (925) 944-7138

6
   Attorneys for Plaintiff,
7  Patrick Collins, Inc.

8

9                    UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  PATRICK COLLINS, INC., a California    CASE NO. : 5:12-cv-03742-HRL
    Corporation,
13                                         STIPULATION AND ORDER TO
14                            Plaintiff,   CONTINUANCE CASE MANAGEMENT
                                           CONFERENCE
15                  v
                                           Date:  October 30, 2012
16  DOES 1-93, inclusive,                  Time:  1:30 pm
17                                         Courtroom:  2
                                           Judge:  Hon. Howard R. Lloyd
18                            Defendants.
                                           Complaint Filed: July 17, 2012
19                                         Trial Date:  None Set

20

21

22

23      The parties HEREBY STIPULATE AND AGREE to the following:

24      That the Case Management Conference currently scheduled for October 30, 2012, at 1:30

25  pm in Courtroom 2 of this Court be continued until a date to be determined as there is an

26  Emergency Ex-Parte Application for Early Discovery pending before the Judge.  After the order

27

28

PLAINTIFF'S STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
                                        1

1   is granted, Plaintiff will need time to identify the DOE Defendants and propound discovery on

2   the DOE Defendants.

3

4   Dated: September 20, 2012                    Respectfully submitted,

5                                                 MATLOCK LAW GROUP, P.C.

6

7                                                 By: /s/Anne-Leith Matlock/s/
                                                      Anne-Leith Matlock
8                                                     ATTORNEYS FOR PLAINTIFFS,
                                                      PATRICK COLLINS, INC.,
9                                                     a California corporation

10

11                                    **ORDER**

12

13          Pursuant to this Stipulation and good cause appearing, it is ordered that the Case

14   Management Conference scheduled for October 30, 2012, is hereby vacated. A Case

15   Management Conference will be scheduled once the DOE Defendants have been identified.

16

17   Dated:   September ____, 2012

18                                                _____
                                                  Honorable Howard R. Lloyd
19                                                Magistrate Judge, Northern District of California

20

21

22

23

24

25

26

27

28

---

PLAINTIFF'S STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1