*E-FILED: November 6, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK COLLINS, INC. dba ELEGANT ANGEL, INC., a California corporation,<br><br>      Plaintiff,<br>   v.<br><br>DOES 1-93,<br><br>      Defendants. | No. C12-03742 HRL<br><br>**ORDER GRANTING AS MODIFIED PLAINTIFF'S MOTION FOR CONTINUANCE**<br><br>[Re: Docket No. 10] |

Plaintiff requests a continuance of the hearing and briefing deadlines re its ex parte application for early discovery. In view of the court's unavailability for a hearing on the requested November 27 date, the hearing is continued to **December 4, 2012, 10:00 a.m.** Plaintiff's supplemental briefing is due by **November 27, 2012**.

SO ORDERED.

Dated: November 6, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-03742-HRL Notice has been electronically mailed to:

2  Anne-Leith Ferguson W Matlock   anne-leith@matlocklawgroup.com, kbrian@matlocklawgroup.com, pacer@matlocklawgroup.com

3  Kenneth Brian Matlock   kbrian@matlocklawgroup.com, pacer@matlocklawgroup.com

4

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28