# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**

Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   December 11, 2012                                    Time in Court: 43 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**  Patrick Collins, Inc. v. Does 1-93, inclusive
**CASE NUMBER**:  5:12-cv-03742-HRL
Plaintiff Attorney present: Anne-Leith Matlock
Defendant Attorney present:

---

**PROCEEDINGS:**   **Plaintiff Motion for Early Discovery**


Counsel presents arguments.

Matter taken under submission.  Court to issue written ruling.